**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Richard Stephen Calkins v. Carolyn Calkins James and Maurice
Bresenhan, Jr., Administrator of the Estate of Mary Olive Hull
Calkins, deceased

Appellate case number:   01-19-00703-CV

Trial court case number:  441165

Trial court:                    Probate Court No 2 of Harris County

        Appellant, Richard Steven Calkins, has filed a motion for en banc reconsideration of the denial of his motion for an emergency stay. The en banc court voted unanimously to deny appellant's motion for en banc reconsideration.* It is ordered that appellant's motion for en banc reconsideration is denied.


Judge's signature:   ___/s/ Sarah B. Landau_____
                                   Acting for the En Banc Court

Date:  March 24, 2020_____

* En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, and Hightower. Justice Countiss not sitting.